IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:11CV348 |
| | ) | |
| Timothy T. Bezy Photography, Inc., | ) | |
| Olivia M. Cubeyro, | ) | |
| Joseph Anderson, | ) | ORDER |
| Wells Fargo Bank, N.A., | ) | |
| First Security Agency, Inc., | ) | |
| as agent for Equifunding, Inc., and | ) | |
| Rich James, | ) | |
| as Sarpy County Treasurer, Nebraska, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court after a telephone conference with counsel for the parties. The plaintiff was represented by Sherra T. Wong. Timothy T. Bezy Photography, Inc. was represented by Albert B. Kerkhove. Olivia M. Cubeyro and Joseph Anderson were represented by Carrie A. Doll. Rich James was represented by Michael A. Smith. First Security Agency, Inc. was represented by Martin P. Pelster. Based on the discussion with counsel and the parties' stipulation (Filing No. 33),

**IT IS ORDERED:**

1. The parties shall have to **on or before July 30, 2012**, to file any motions for summary judgment.

2. The court will hold a telephone conference **on August 7, 2012, at 10:00 a.m.** for the purpose of reviewing the preparation of the case to date and scheduling the case to trial. Plaintiff's counsel shall initiate the conference with the undersigned magistrate judge and participating counsel.

DATED this 4th day of May, 2012.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge