IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:11CV348 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TIMOTHY T. BEZY PHOTOGRAPHY, INC., | ) | |
| OLIVIA M. CUBEYRO, | ) | |
| JOSEPH ANDERSON, | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| FIRST SECURITY AGENCY, INC. as | ) | |
| agent for Equifunding, Inc., and | ) | |
| RICH JAMES, as Sarpy County | ) | |
| Treasurer, Nebraska, | ) | |
| | ) | |
| Defendants. | | |

On March 1, 2012, a text order entered by the Deputy Clerk (Filing No. 29) acknowledged the parties' voluntary consent to reassignment of the case from District Judge Bataillon to Magistrate Judge Thalken, pursuant to the parties' Rule 26(f) Report (Filing No. 28).  Because not all parties consented to the reassignment, however, the text order was entered in error and Filing No. 29 is stricken.  This case remains assigned to District Judge Joseph Bataillon, with Magistrate Judge Thomas Thalken assigned to non-dispositive matters, until such time as all non-defaulted parties consent to reassignment.

IT IS ORDERED:

1. Filing No. 29 was entered in error and is stricken;

2. This case remains assigned to District Judge Joseph Bataillon, with Magistrate Judge Thomas Thalken assigned to non-dispositive matters.

DATED this 15th day of June, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge