# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) <br> ) <br> Plaintiff,          ) <br> ) <br> V.                                           ) <br> ) <br> TIMOTHY T. BEZY PHOTOGRAPHY, INC., ) <br> OLIVIA M. CUBEYRO,                ) <br> JOSEPH ANDERSON,                  ) <br> WELLS FARGO BANK, N.A.,           ) <br> FIRST SECURITY AGENCY, INC.,      ) <br> as Agent for Equifunding, Inc.,   ) <br> ) <br> and                                       ) <br> ) <br> RICH JAMES,                       ) <br> as Sarpy County Treasurer, Nebraska, ) <br> ) <br> Defendants.          ) | 8:11CV348 <br><br> ORDER |

This matter is before the court sua sponte.

On September 7, 2012, the court entered an order granting the plaintiff's motion for partial summary judgment and judgment against Timothy T. Bezy Photography, Inc. **See** Filing Nos. 59 and 60. Accordingly,

**IT IS ORDERED:**

The plaintiff or any other party shall have until **October 12, 2012**, to file a motion for order of sale.

DATED this 5th day of October, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge