IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 8:11CV348 |
| | ) | |
| Timothy T. Bezy Photography, Inc. | ) | |
| Olivia M. Cubeyro | ) | |
| Joseph Anderson | ) | |
| Wells Fargo Bank, N.A. | ) | ORDER ON |
| First Security Agency, Inc. as agent | ) | STIPULATION FOR DISMISSAL |
| for Equifunding, Inc. | ) | OF REMAINING CLAIMS |
| | ) | |
| and | ) | |
| | ) | |
| Rich James, | ) | |
| as Sarpy County Treasurer, Nebraska | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff United States and Defendants Timothy T. Bezy Photography, Inc. ("Bezy Photography"), Rich James as Sarpy County Treasurer, First Security Agency as agent for Equifunding, Inc., and Olivia M. Cubeyro have submitted a Stipulation for Dismissal of Voluntary Claims (Dkt. No. 74). The parties to the Stipulation agree that:

1. The Court entered judgment in favor of the United States and against Timothy T. Bezy Photography, Inc. ("Bezy Photography") in the amount of $115,112.60 on September 7, 2012. (Dkt. No. 60.)

2. The Court has not resolved the United States' request to foreclose the federal tax liens on a parcel of real property owned by Bezy Photography. (Dkt. 59, Memorandum and Opinion.) On April 15, 2013, the Court approved a stipulation among the parties to allow, with certain conditions, a voluntary sale of the subject real property. (Dkt. No. 73.)

1

10777083.1

3. Bezy Photography has closed a voluntary sale of the subject real property and remitted the sale proceeds to the undersigned parties in accordance with their respective interests in the subject real property.

4. Therefore, the issues remaining after the Court's Memorandum and Order (Dkt. No. 59) and Judgment (Dkt. No. 60) – namely, the foreclosure of the federal tax liens and whether the subject real property should be sold – should be dismissed, and the dismissal of these issues will resolve the entire case.

5. The dismissal of the outstanding issues does not affect the validity of the Judgment against Bezy Photography (Dkt. No. 60).

6. Each party shall bear its own costs and expenses incurred in this matter.

In accordance with the Stipulation, it is hereby ORDERED that:

1. The issues remaining after the Court's Memorandum and Order (Dkt. No. 59) and Judgment (Dkt. No. 60) – namely, the foreclosure of the federal tax liens and whether the subject real property should be sold – are dismissed.

2. The dismissal of the outstanding issues does not affect the validity of the Judgment against Bezy Photography (Dkt. No. 60).

3. Each party shall bear its own costs and expenses incurred in this matter.

Dated this 21st day of November, 2013.

BY THE COURT:

  s/ Joseph F. Bataillon  
United States District Judge

10777083.1